From: Jon L. Johnson #179845
1000 St. Clair Road
Springville, Ala. 35146
Cell # E-1-1-A

RE: No: 1:18-cv-00349-WS-N

FILED JUN 9 '22 PM 2:21 USDCALS

22-cv-223-TFM-N

To: Honorable Judge William H. Steele

Your Honor, I will try to be as brief as circumstances will allow me to be. I'm mindful of the fact that your time is overwhelmingly consumed. I humbly ask that you'd please take into careful consideration the fact that the task before me is monumental. How can someone adequately describe, his actual innocent, the effect and toll that doing a unjust Disc. time and the countless hours and numerous efforts spent at this Camp trying to get the head warden Mr. Phillip Mitchell and Commissioner Jefferson Dunn to look at what apparent and in clear view, all within the confines of a few paragraphs, and a couple sheets of paper. Despite these odd, my faith and determination propels me to humbly present what's legal and very personal in nature to you.

Your Honor, under the hands of this administration I've been served two Disc. and found guilty giving the max time on them both and never once had the opportunity to be present at one of them on one of the Disc. the Officer said that I admitted to cutting a inmate but on the Disc. I refuse to sign it and I requested to have witnesses for the hearing and had a open statment to be read, but I was not giving that opportunity in stead I was found guilty giving 30 day doghouse time and close out to do a year and and guess what the same guy that I suppose to had cut, cut himself up over here in seg about 3 months after I had suppose to had cut him. When I wrote warden Phillip Mitchell after I was served the Disc. try to tell him about the hearing and that the guy had cut himself try to get out of pop because he owe out to much money for drugs. He never wrote me back. So I had to do the close custody time which was a year and the 30 days doghouse time.

After about doing 3 months over my time over in Seg I was place over in P.C where about 4 months over there I was put back in Seg for a violation of harassment till this day I still dont know just whom I suppose to harass don't know if it was for money or sex becauses I never had the opportunity to be present at either of the hearings. On the harassment Disc. the hearing Officer came to me cell ask me to plea guilty that he would give me 10 days that if I go he was going to give me 30 days well he ask me for my question and statement told me to get ready but never came back that happen about 8:00 that mourning that same day around about 2:50 p.m another officer came to my cell with a sign appoved by the warden Mitchell telling me to sign it.

I refused to sign and I wrote the warden about how I was violated that I was not giving the opportunity to even go to the hearing and that you could role back the camera in the block that I'm in to see that I did'nt But he never wrote me back

I've ask the Officer here do they have a administrative grievance here and they all look at me saying that they never heard of one So I wrote up one of my own and sent one to warden Mitchell telling him just how I was violated of not been at my own hearing still he would not write me back. So I went to the next level and sent a letter as well as the grievance to commissioner Jefferson Dunn asking him to take the Disc. out of my jacket and for me to be taking out of Seg and put back in P.C Still no one would do anything about this and commissioner Jefferson Dunn is the one whom make the rules for a hearing

Your Honor. This is a clear view of retaliation and in my law sue I ask Not to be transfer because of this very reason and warden Phillip Mitchell and commissioner Jefferson Dunn Both are in the sue.

Now I'm being place in a cell where it's over run with rats and roaches I be woke up with rats trying to get into my store goods are roaches in the bed with me something need to be done I can't even see there is only one light in my cell which it's suppose to be two one over the toilet and one over my bed, there is only one and it's over the toilet. I'm asking for help please.

Sincerely
Joe S. Johnson
179845

Administrative Grievance

Institution: St. Clair Correction Fac.
To: Warden III Philip Mitchell
RE: Disc. SccF-22-00535-4
OF: Administrative Regulation #403
Arresting Officer: Lt. Gadson Roderick
Hearing Officer: Lt. Dent Derrick M.
From: Inmate: Jon L. Johnson 179845 X

Dear Sir, Warden III Philip Mitchell, I'm writen you Concerning the Disc. SccF-22-00535-4 that you approved on 04/26/2022 about 6:00 hours after the hearing the same day. Not the other warden whom sign off on all the other disc. but you took it on your on to look into my disc. and did your on investigation and approved my the same day about 6:00 hours the same day.

Sir I was place in seg. which had to be under a investigation because I didn't received a disc. until [6] days later so it had to be a investigation I guess, but if so. Sir there is a procedural that must be done when placen a inmate into lock up under a investigation and that is he must be serve a R-9 which is to let the inmate know why he is being place in seg. and it is a R-9 - 72 hours investigation Notice to let the inmate know why he place in seg. and if you had look and did your investigation you would have seen that I was never serve one and that was the first violation that was done to me. All other inmates that was being lock up

that day the officer role back the cameras and showed them where they had violated the institution rule and why they was going to place in lock up but Not me [WHY] and they still refuse to role back any cameras to show me just when are what I violated. The very Next Violation is when the inmate right to be Present at his on hearing and the right to Present written question for your witnesses and to present a statement which line 5 and 9 tell you that on the disc. and to do anything other then that is Violation of the Procedural rights that the #403 Regulation that govern and oversee the disc. Procedural

Well Sir, I was Not given that right to be Present at the hearing that occurred on said Date April 26, 2022 said Time: 08:15:00 Place: RHU. Nor was I given the right to have my statement read Nor the right to hear question read and heard to my witnesses

Sir let me give you a little back ground on this disc. On April 25, 2022 Capt. England Came to my Cell E-1-1-A at around about 7:30 or 8:00 that morning asking me that if I plea guilty, that he would give me 15 day all around the board, I told him "No" that I had Not Harass anyone and that some one was just trying to get me from over on Q-2 side where I was at that time and that I had Not done anything wrong over there and that you Need

to role back the cramera at any time and you would see that I'm Not licing. Capt England ask me to get ready and ask me did I have any qeustion and statment for my hearing I told him yes and he told me that he would be back but he Never did. On April 26, 2022 at around 7:30 a.m Lt. Dent Derrick told me that I could make it easy on myself by pleased guilty and taking these 10 days I told him that I'm Not guilty while I'm going to have to give you 30 days I told him that I'm Not going to pleaed guilty to anything that I didnt do. He then ask me did I have any question for my witnesses and did I have a open statement for my hearing I told him yes I do Lt. Dent then told me to give him my question and statement for my hearing I told him yes I do Lt. Dent then told me to give him my qeustion and statement to him I did he then told me to get ready for my hearing and then he turn around and left the block. At around about 2:45 p.m. April. 26, 2022 that same day a Officer R. Brice/seo came to my cell asking me to sign the approved Copy that you had approved and I told him that I was not going to sign that Because I Never went to the hearing and I Never heard my statement Nor did I know if my witnesses had there question read to them

he then left went got Lt. Dent and he came back telling me that he was going to fine me guilty anyway even if I had came to the hearing. I told him that the rules I must be at the hearing and that there are rules of a hearing that a hearing officer must go by when he is the hearing officer he told me that he make the rules hear. Not only have they refuse my right to the very the cramera role back to see whom I had harass.

Sir. If you look at that disc. you will not see any addition page or attach telling why I was not there are that I had refuse to be a my hearing and lived on the dise. tell you that it suppose to be. take the time out to look at it. Sir I must give reason why I didn't want to be there and you want see one. I'm asking that a investigation be done on this matter and that you roke back the cramera at anytime to see whom is telling the truth I'm asking you remove this disc. out of my jacket. Place me back in Q-2 side where I was and also remove Lt. Dent from being over any more disc. hearing so that he will not violate anymore inmates and to send copy of this letter to the Commissioner Jeff Dunn, I&I central Records Dinsey, Board of Pardons and also to my Sentencing Judge,

sincerely Mr. G. Johnson 179845x

Jon L. Johnson 179845x
St. Clair Rehv Fac.
1000 St. Clair Rd.
Springville Ala. 35146
E-1-1-A

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

Honorable Judge William A. Steele
United State District Court
Southern District of Ala.
113 St. Joseph Street
Mobile Ala. 36602

Legal Mail

BIRMINGHAM AL
7 JUN 2022 PM

36602-360699

Legal Mail